[No. 8255-5-III. Division Three. March 28, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. DAVID LEE ROY KING, *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 86-1-00595-7, Howard Hettinger, J., entered November 14, 1986. *Affirmed in part* and *remanded* by unpublished opinion per Shields, J., concurred in by Munson, A.C.J., and Green, J.

[No. 11663-4-II. Division Two. March 30, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. WILLIAM KEKONA, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 87-1-01837-9, Nile E. Aubrey, J., entered January 8, 1988. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Reed and Worswick, JJ.

[No. 8815-1-II. Division Two. March 30, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. CHARLES DEAN BINGHAM, *Appellant.*

Appeal from a judgment of the Superior Court for Clallam County, No. 6295, James I. Maddock, J., entered June 3, 1985. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Petrich, A.C.J., and Reed, J.